400 A.2d 611

Commonwealth v. Mercer, Appellant.

Argued December 6, 1978.   Norman C. Henss, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.